

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00061-CV

**EX PARTE** Dan Lamar **COGDELL**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCM-18-0000259
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED July 3, 2019.

_____
Rebeca C. Martinez, Justice